**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: DORIAN HOLT                                                                   Case No. 20-10599

**CREDITOR'S, BANK OF HOLLY SPRINGS', MOTION**
**FOR ABANDONMENT AND RELIEF FROM**
**AUTOMATIC STAY AND CO-DEBTOR STAY**

**COMES NOW**, the Creditor, Bank of Holly Springs, by and through its attorney of record, and files this its Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay, and in support thereof, would respectfully show unto this Honorable Court, as follows:

**(1)**

On February 10, 2020, Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

**(2)**

Creditor would show that the creditor holds an interest in the following property which secures this debt namely, a 2016 Chevrolet Equinox, VIN#2GNALCEK1G6119286, 2007 BMW 525, VIN#WBANE53577CW63910 and a 2002 Ford Mustang, VIN#1FAFP40402F122993.

**(3)**

That the Debtor and co-maker, Regina Gray, have not been making the payments on the subject debt.

**(4)**

That the trustee and the debtor should abandon any interest that they may have in the collateral and the stay should be lifted as to the debtor and co-debtor, Regina Gray.

**WHEREFORE, Premises Considered**, Creditor, Bank of Holly Springs, prays that the Bankruptcy Court will abandon and surrender the above described collateral to Bank of Holly Springs and grant Bank of Holly Springs relief from the automatic stay as to the debtor and co-debtor, Regina Gray, to collect the debt or repossess the collateral held by the Creditor herein.

**RESPECTFULLY SUBMITTED, this the 11th day of May, 2020.**

                        **Bank of Holly Springs, Creditor**
                        AKINS & ADAMS, P. A.

                        By:/s/ Bart M. Adams
                            Bart M. Adams
                            Attorney for Bank of Holly Springs

AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

## CERTIFICATE OF SERVICE

I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

Locke D. Barkley            sbeasley@barkley13.com

U. S Trustee                USTPRegion05.AB.ECF@usdoj.gov

Robert H. Lomenick, Esq.    rlomenick@gmail.com

Regina Gray
48A Sycamore Street
Potts Camp, MS 38659

SO, CERTIFIED, this, the 11th day of May, 2020.

/s/ Bart M. Adams
Bart M. Adams
Attorney for Creditor